1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BOYD,

      Plaintiff,                    No. CIV S-08-0973 MCE EFB P

   vs.

J. BARRETT,

      Defendant.            <u>ORDER</u>

                              /

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983.

      A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

      Here, defendant is located in Pound, Virginia and the claim arose in Pound, Virginia which is in the Western District of Virginia. 28 U.S.C. § 127(b).

////

1

1     Therefore, in the interest of justice, it is ORDERED that this action is transferred to the
2 United States District Court for the Western District of Virginia.  *See* 28 U.S.C. § 1404(a);
3 *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974).
4     So Ordered.
5 DATED:  June 3, 2008.

6                   EDMUND F. BRENNAN
                   UNITED STATES MAGISTRATE JUDGE